(April 23, 2002)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEJANDRO VILLANUEVA, Appellant. [740 NYS2d 210] —Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered August 10, 1999, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a second felony offender, to a term of eight years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see*, *People v Bleakley*, 69 NY2d 490). Issues of credibility and identification were properly presented to the jury and we find no reason to disturb its determinations. The People presented

reliable identification testimony and the defense witnesses were significantly impeached. Concur—Williams, P.J., Mazzarelli, Saxe, Lerner and Marlow, JJ.